UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CRAIG,<br><br>                              Plaintiff,<br><br>       -against-<br><br>AMERICAN TUNE, INC.,<br><br>                              Defendant. | **ORDER SCHEDULING ORAL ARGUMENT**<br><br>1:21-CV-9125 (AJN)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been reassigned to me for general pretrial supervision purposes.  An Oral Argument in this matter will be held on **Thursday, March 24, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the outstanding motion (ECF #11).

SO ORDERED.

Dated:   January 13, 2022
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge